IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS KNIFE, *aka Smurf*,<br><br>Defendant. | CR 23-21-GF-BMM<br><br>ORDER FOR RETURN OF DEFENDANT BY THE FEDERAL BUREAU OF INVESTIGATION |

IT IS HEREBY ORDERED that the Federal Bureau of Investigation will return the Defendant, Thomas Knife, *aka Smurf*, to the Rocky Boy's Indian Reservation, to serve out the remainder of his Tribal Court sentence. The United States Attorney's Office will provide this order to the Federal Bureau of Investigation.

DATED this 6th day of September 2023

_____
Brian Morris, Chief District Judge
United States District Court